IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TERRENCE FITZGERALD,
   Plaintiff,
    v.

MICHAEL J. ASTRUE
Commissioner of Social Security,
   Defendant.

CIVIL ACTION FILE
NO. 1:07-CV-1434-TWT

ORDER

This is an action seeking judicial review of the Commissioner's decision denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 12] of the Magistrate Judge recommending affirming the decision of the Commissioner. The Plaintiff objects to the Report and Recommendation on the grounds that the Magistrate Judge did not find that the ALJ complied with Social Security Ruling 96-8p. Although the ALJ did not clearly separate his findings as to the Plaintiff's functional limitations and the Plaintiff's exertional level of work, he did clearly identify the Plaintiff's functional limitations in the context of his exertional level. The Plaintiff failed to meet his burden of proving that he could not perform the jobs identified by the vocational

expert.  There is no reason to believe that the decision would have been different if the ALJ had been more artful in his written opinion.  The Court approves and adopts the Report and Recommendation as the judgment of the Court.  The decision of the Commissioner is AFFIRMED.

SO ORDERED, this 21 day of August, 2008.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge